## NEVINS vs. McKEE,

Appeal from Grayson county.

*Practice.*—An attempt, by petition filed after adjournment of the trial term of the court, to obtain a new trial of the cause, is a relief which a court of chancery has power to grant, but will not do except upon facts which show the clearest and strongest reason for interposition.

*Same.*—To make such showing, it is not sufficient that it appears that injustice has been done, or that the party had a good defense,

which he was prevented from making. It must further be shown that he has not resorted to chancery, because of any inattention or negligence on his part; a clear case of diligence as well as merit; a good defense which he was prevented from making by fraud, accident or the acts of the opposing party, wholly unmixed with any fault or negligence on his own part.

*Same.*—That the attorney for the party seeking such relief misunderstood the scope and extent of his employment, is not a sufficient showing.

Affirmed. 'Willie, chief justice.